NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-5013

### CAROLYN E. O'CONNOR,

Plaintiff-Appellant,

v.

### UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 09-CV-116, Judge George W. Miller

## ON MOTION

## O R D E R

Carolyn E. O'Connor moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Carolyn E. O'Connor
David M. Hibey, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 7 2009

JAN HORBALY
CLERK